UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNER ANTHONY HATHAWAY,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. C22-0567-JHC<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

Dated this 12th day of May, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge