_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

APR 27 2022    ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

CONNER ANTHONY HATHAWAY

Plaintiff(s)

vs.

UNITED STATES OF AMERICA

Defendant(s),

**22-CV- 567 JHC**

**CIVIL RIGHTS COMPLAINT UNDER
42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

**Parties to this Complaint:**

| | |
|---|---|
| Plaintiff's Name, Address and Phone Number | CONNER HATHAWAY<br>16226 36TH AVE W. APT. 212<br>LYNNWOOD, WA. 98087<br>(425)-244-7703 |
| Defendant's Name, Address and Phone Number | UNITED STATES OF AMERICA |
| Defendant's Name, Address and Phone Number | |

**Defendant's Name, Address and Phone Number**

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Previous Lawsuits:**

Have you brought any other lawsuits in any federal court in the United States:?

☒ No        ☐ Yes        If Yes, how many? [    ]

**Describe the lawsuit:**

Parties to this previous lawsuit:

Plaintiff(s)

Defendant(s)

(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)

Court and Name of District:

Docket Number:

Assigned Judge:

Disposition :
(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

Approximate filing date of lawsuit:

Approximate date of disposition:

**STATEMENT OF CLAIM**

By November of 2020, in the midst of the Covid shutdown I was consuming a fifth of hard alcohol per day. I was under Federal Probation at the time. My probation officer was well aware of my situation and had been working to get me a bed date for inpatient treatment. Unfortunately for me, my probation officer was on vacation the morning of 11/10/2020 when I was arrested for a probation violation for Consuming Alcohol. Had her backup been aware of the fact that I was awaiting a bed date, it's unlikely I would have ever been arrested in the first place. Nevertheless, US Marshals transported me to the US District Courthouse for the Western District of Washington for my initial detention hearing. At this point, I am already drenched in my own sweat from the withdrawals. My attorney relayed my concerns that FDC-SeaTac would not be able to provide sufficient medical detox during verbal arguments for myself to remain out-of-custody. I was booked into the Federal Detention Center in SeaTac, WA on 11/10/2020 around 5:00 PM.

Upon participating in the initial Health Services Assessment, I informed the Nurse that I had been drinking heavily and would require medical detoxification. I also explained that I had self-admitted to detox from alcohol 3 times in 2020, and was awaiting a bed date at an inpatient facility to address my excessive drinking prior to my being arrested that morning. During this initial encounter, I had to correct the nurse as he was mistaken in relaying back to me the amount of alcohol I had reported consuming to him only moments before. I made it very clear to the nurse that I had been consuming over a fifth of Vodka daily and would require medical detox. Despite my desperate pleadings, I was housed in the General Population, in a cell that is furthest from the Correctional Officer on Duty and assigned the top-bunk. It is common knowledge that severe alcohol withdrawal can cause seizures and death. I was terrified and

was displaying all the signs and symptoms of someone in Acute Alcohol Withdrawal; as reported on Page 1 of 3 by Bussell, Scottie MD, CD(Medical Staff- FDC SeaTac) in a FBOP Health Services Encounter report, "...27 y/o male sent to ER yesterday with severe ETOH withdrawals tremors, agitation and recurring auditory/tactile and visual hallucination, CWA 25+..." At around 7:00 AM on 11/11/2020, I was notified by a member of the medical staff at FDC-SeaTac that an ambulance was on its way to take me to the Emergency Room. I was diagnosed as having severe alcohol withdrawal and was given a prescription for Librium on a taper schedule. I recognized this as one of the main drugs used to minimize the dangers associated with detoxing from Heavy Alcohol Consumption. The following morning a member of the Medical Staff at FDC-SeaTac stopped by my cell and advised me that they were NOT going to give me the medication prescribed by the ER doctor to help with my detoxification from alcohol. I made it very clear that I did not agree with this decision as I'm well versed in the dangers of Severe Alcohol Withdrawal and the very real and horrifying possibility of death. In addition to the absence of alcohol, I was also deprived of my regular medications that I had been on for several years, further amplifying my already excruciating symptoms.

In addition to experiencing the full, untreated effects of Severe Alcohol Withdrawal; Drenching Sweats, Nausea (I was unable to eat for several days), Delirium-Tremens, Hallucinations- visual, auditory, confusion and insomnia. My anxiety was so intense it was difficult to breathe. I was made to endure additional withdrawals from Suboxone, and Zoloft, which I had been prescribed for Anxiety and Depression. As further proof of my Claims of Cruel and Unusual Punishment, Medical Malpractice, and Medical Negligence, my dose of Trazodone, which was prescribed to me as a sleep aid, was decreased by 75%. Considering that this was my second day of detox and I was already not sleeping, this decision was entirely irrational and further intensified my already insane amount of emotional distress and worsened my suffering.

I had thoughts of Suicide for the first time in my life. As I had never had thoughts of this sort before, the only differed factor was the abrupt lack of Zoloft(Sertraline), which I had been

taking for depression and anxiety. I was made to consider the very real possibility that I would die in there without being able to speak to my loved ones again. My son was 6 at the time. This was the most horrifying experience I have endured. I was effectively isolated in a corner cell on the top-bunk. My sheets were soaked with sweat and I was unable to change them for over a week. The feeling of helplessness I struggled through, is something that no citizen of a Free Nation should ever be made to endure, regardless of their past.

I did everything the Medical Staff at FDC- SeaTac asked, answering all of their questions honestly and the facility failed me completely. Only by a miracle did I not die as a result of my withdrawals in their care. Even knowing the condition I was in, I was still assigned a top bunk. This fact, along with the medical records of my care while incarcerated at SeaTac, shows that discriminatory indifference was a factor, and resulted in my mistreated withdrawals. Because I was denied the medication prescribed by the Emergency Room, I experienced an additional 8 days of suffering that would have been avoided had the Clinical Guidance been followed.

According to the Federal Bureau of Prisons- Clinical Guidance, "MEDICALLY SUPERVISED WITHDRAWAL FOR INMATES WITH SUBSTANCE USE DISORDERS", Gabapentin is only approved for MILD withdrawal from alcohol. Also in the Clinical Guidance, there is reference made to "the Kindling Phenomenon, which suggests that even patients who experience mild withdrawal should be treated aggressively..." It goes on to say that "Kindling also may contribute to a patient's relapse risk and to alcohol-related brain damage and cognitive impairment."

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes**. If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional **sheets** if necessary.)

SEE ATTACHED

\* 3 PAGES \*

I was booked into the Federal Detention Center in SeaTac, WA on 11/10/2020 around 5:00 PM. Upon seeing the medical staff and participating in the intake assessment, I informed them that I had been drinking heavily and would require medical detoxification. I was housed in the General Population, in a cell that is furthest from the Correctional Officer on Duty, and assigned the top-bunk. It is common knowledge that severe alcohol withdrawal can cause seizures and death. I was displaying all the signs and symptoms of someone in Acute Alcohol Withdrawal; as reported on Page 1 of 3 by Bussell, Scottie MD, CD(Medical Staff- FDC SeaTac) in a FBOP Health Services Encounter report, "...27 y/o male sent to ER yesterday with severe ETOH withdrawals tremors, agitation and recurring auditory/tactile and visual hallucination, CWA 25+..." At around 7:00 AM on 11/11/2020, I was notified by a member of the medical staff at FDC-SeaTac that an ambulance was on its way to take me to the Emergency Room. I was diagnosed as having severe alcohol withdrawal, and was given a prescription for Librium on a taper schedule. I recognized this as one of the main drugs used to minimize the dangers associated with detoxing from Heavy Alcohol Consumption. I was visited the following morning, 11/12/2020 at my cell by a separate member of the Medical Staff at FDC-SeaTac. I was informed that they were NOT going to give me the medication to help with my detoxification from drinking over 750mL of vodka daily. To which, I vehemently protested, as I know both the dangers of Severe Alcohol Withdrawal, and the very real and horrifying possibility of death. In addition to the absence of alcohol, for the initial few days, (which are also the worst) I was also deprived of my regular medications which I had been on for multiple years, further adding to my already excruciating symptoms.

In addition to experiencing the full effects of Severe Alcohol Withdrawal, (Drenching Sweats, Nausea- I was unable to eat any of the provided meals for several days, Delirium-Tremens, Hallucinations- visual, auditory, confusion- I did not know the correct date/ day of the week, insomnia, and worst of all, my Anxiety was so intense it was difficult to breathe). I was made to endure additional withdrawals from Suboxone, and Zoloft, which I had

been prescribed for Anxiety and Depression. As further proof of my Claims of Cruel and Unusual Punishment, Medical Malpractice, and Medical Negligence, my dose of Trazadone, which was prescribed to me as a sleep aid, was decreased by 75%. Considering that this was my second day of detox, and I was already not sleeping, this decision was entirely irrational and further intensified my already insane amount of emotional distress and worsened my suffering.

I had thoughts of Suicide for the first time in my life. As I had never had thoughts of this sort before, the only differed factor was the abrupt lack of Zoloft(Sertraline), which I had been taking for depression and anxiety. I was made to consider the very real possibility that I would die in there without being able to speak to my loved ones again, My son, who was 6 at the time. This was the most horrifying experience I have endured. I was effectively isolated in a corner cell, on the top-bunk. My sheets were soaked with sweat and I was unable to change them for over a week. The feeling of helplessness I struggled through, is something that no citizen of a Free Nation should ever be made to experience, regardless of their past.

I did everything the Medical Staff at FDC- SeaTac asked, and answered all of their questions honestly and the facility failed me completely. Only by a miracle did I not die as a result of my withdrawals in their care. Even knowing the condition I was in, I was still assigned a top bunk. This fact, along with the medical records of my care while incarcerated at SeaTac, shows that discriminatory indifference was a factor, and resulted in my mistreated withdrawals. Because I was denied the medication prescribed by the Emergency Room, I experienced an additional 8 days of suffering that would have been avoided had the Clinical Guidance been followed. According to the Federal Bureau of Prisons- Clinical Guidance, "MEDICALLY SUPERVISED WITHDRAWAL FOR INMATES WITH SUBSTANCE USE DISORDERS", Gabapentin is only approved for MILD withdrawal from alcohol.

**Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I ASK THE COURT TO AWARD MONETARY DAMAGES TO THE PLAINTIFF IN THE AMOUNT OF $19,200,000.00. THIS AMOUNT WAS CALCULATED BASED ON THE AMOUNT OF HOURS SUFFERED, AND THE PHYSICAL AND PSYCHOLOGICAL TRAUMA I WAS MADE TO ENDURE AS A RESULT OF DISCRIMINATORY INDIFFERENCE. DISCRIMINATORY INDIFFERENCE WHICH ALLOWED FOR THE MEDICAL NEGLIGENCE, AND MALPRACTICE, FRIGID CRUEL AND UNUSUAL PUNISHMENT TO OCCUR.

I ALSO ASK THE COURT TO ORDER FEDERAL CORRECTIONAL FACILITIES TO IMPLEMENT ADDITIONAL TRAINING FOR ALL MEDICAL STAFF, TO INCLUDE THE STUDY OF "FEDERAL BUREAU OF PRISONS, CLINICAL GUIDANCE ON 'MEDICALLY SUPERVISED WITHDRAWAL FOR INMATES WITH SUBSTANCE USE DISORDER'. IN ORDER TO AVOID FUTURE CASES OF DISCRIMINATORY INDIFFERENCE TO A PERSON'S SYMPTOMS, AND TO ENSURE PERSONAL SAFETY. AND LAST OF ALL TO PROTECT THE CONSTITUTIONAL RIGHTS OF AMERICAN CITIZENS.

I declare under penalty of perjury that the foregoing is true and correct.

04/27/2022
Date

Signature of Plaintiff