UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNER ANTHONY HATHAWAY, | CASE NO. 2:22-cv-00567-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for Extension – Leave to Amend. Dkt. # 8. The motion includes a section entitled "Application for Court-Appointed Counsel: Merits of Claim," which the Court construed as a Motion for Appointment of Counsel. *See* Dkt. # 10. The Court referred Plaintiff's request to the Pro Bono Screening Committee and the committee recommends that counsel be appointed.

After reviewing Plaintiff's application and the Pro Bono Screening Committee's recommendation, the Court GRANTS Plaintiff's request for court-appointed counsel. The Court DIRECTS the Pro Bono Coordinator to identify pro bono counsel for appointment. The Court

MINUTE ORDER - 1

also DIRECTS the Clerk to send a copy of this Order to Plaintiff and the Pro Bono Screening Coordinator.

Dated this 21st day of July, 2022.

*John H. Chun*

John H. Chun
United States District Judge

MINUTE ORDER - 2