UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNOR ANTHONY HATHAWAY,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | CASE NO. C22-0567JHC<br><br>ORDER APPOINTING PRO BONO COUNSEL |

  Before the court is pro se Plaintiff Connor Anthony Hathaway's motion to appoint counsel. (Mot. (Dkt. # 8).) The court GRANTS Mr. Hathaway's motion and appoints Eric Lindberg (elindberg@corrcronin.com) of Corr Cronin LLP, 1001 Fourth Avenue, Suite 3900, Seattle, WA 98154, (206) 652-8655, as counsel for Mr. Hathaway pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants in Civil Rights Actions" ("the Rules"). See General Order No. 16-20 (Dec. 8, 2020).

ORDER - 1

1 | Counsel is directed to file a Notice of Appearance within ten (10) calendar days.
2 | If counsel is unable for a reason set forth in the Rules to assume this representation, a
3 | motion for relief from appointment should immediately be filed with the assigned judge.
4 | In the event plaintiff prevails, appointed counsel may move for an award of attorney's
5 | fees under any applicable authority. The court is unable to assure counsel of
6 | compensation from any other source, however.

7 | Additionally, the Court *sua sponte* extends the deadline for Plaintiff to file his
8 | amended complaint to September 2, 2022.

9 | The Clerk is directed to send a copy of this order to Mr. Hathaway and to counsel
10 | for Mr. Hathaway.

11 | Dated this 12th day of August, 2022.

*[signature]*

John H. Chun
United States District Judge