THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNOR ANTHONY HATHAWAY,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | No. C22-0567-JHC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

THIS MATTER having come before the Court on Plaintiff's Motion for Extension of Time to File Amended Complaint, the Court GRANTS the relief requested. Plaintiff shall have until September 23, 2022 to file and serve an Amended Complaint in this matter.

SO ORDERED this 30th day of August, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

Presented By:

CORR CRONIN LLP

*s/ Eric A. Lindberg*

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE AMENDED COMPLAINT – Page 1
No. C22-0567-JHC

| | |
|---|---|
| 1 | Eric A. Lindberg, WSBA No. 43596 |
| 2 | 1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051 |
| 3 | (206) 625-8600 Phone<br>elindberg@corrcronin.com |
| 4 | |
| 5 | *Attorneys for Plaintiff* |

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE AMENDED COMPLAINT – Page 2
No. C22-0567-JHC

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900